IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC SUNWEAR OF CALIFORNIA, LLC,<br><br>    Defendant. | Case No. 2:24-cv-00182-WSS |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff Gabriel McMorland, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Pacific Sunwear of California, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: July 19, 2024                Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson (PA 56657)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*