**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>     Plaintiff,<br><br>v.<br><br>PACIFIC SUNWEAR OF CALIFORNIA, LLC,<br><br>     Defendant. | Case No. 2:24-cv-00182-WSS |

<u>**STIPULATION OF DISMISSAL**</u>

     Plaintiff Gabriel McMorland and Defendant Pacific Sunwear of California, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 26, 2024

Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson (PA 56657)
**CARLSON BROWN**
222 Broad Street
P.O. Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
T: 724-730-1753

*Attorney for Plaintiff*

/s/ Larry Scott Karlin
Larry Scott Karlin
THE KARLIN LAW FIRM LLP
CA Bar No: 90605
13522 Newport Ave. Suite 201
Tustin, CA 92780
scott@karlinlaw.com

*Attorney for Defendant*